USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/13/2020___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

LAFONE ELEY,

                Defendant.

20 Cr. 78-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

It is hereby ORDERED that Defendant Lafone Eley and his counsel, Natali Todd, shall appear for a substitution of counsel hearing on **March 19, 2020**, at **1:30 p.m.** The Government need not attend.

SO ORDERED.

Dated: March 13, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge