USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/27/2020____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LAFONE ELEY,

                  Defendant.

20 Cr. 78-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court having been notified of the parties' position that, consistent with the U.S. Constitution and the Federal Rule of Criminal Procedure, a substitution of counsel hearing can be conducted telephonically and that Defendant Eley's presence is not required, ECF No. 70, it is hereby ORDERED that a substitution of counsel hearing shall be held telephonically on **March 30, 2020**, at **2:00 p.m.** The Government need not appear.

    The call-in information is as follows: 888-398-2342 or 215-861-0674, access code: 5598827.

    SO ORDERED.

Dated: March 27, 2020
       New York, New York

                                        ANALISA TORRES
                                      United States District Judge