UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LAFONE ELEY,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2021

20 Cr. 78 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court will hold a status conference for Defendant Lafone Eley on **March 24, 2021**, at **10:00 a.m.**, using the Court's dedicated conference line. *See In re Coronavirus/Covid-19 Pandemic*, 20 Misc. 176, ECF No. 5 (S.D.N.Y. Mar. 11, 2021) (Criminal proceedings "cannot in all instances be conducted in person without seriously jeopardizing public health and safety . . . video teleconferencing, or telephone conferencing if video conferencing is not reasonably available, may be used in such proceedings with the consent of the defendant"). Chambers will provide the parties with instructions on how to appear via telephone.

      Co-counsel, members of the press, and the public may access the audio feed of the conference by calling (888) 398-2342 at the time of the hearing, and entering access code 5598827.

      SO ORDERED.

Dated: March 23, 2021
       New York, New York

ANALISA TORRES
United States District Judge