UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

LAFONE ELEY,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2021

20 Cr. 78 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated March 25 and 26, 2021. ECF No. 196, 198. Accordingly, Counts 2 and 3 of the Indictment are DISMISSED against Defendant Lafone Eley.

    SO ORDERED.

Dated: April 7, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge