

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/8/2021
```

September 7, 2021

**VIA ECF**
The Honorable Analisa Torres
United States District Judge
Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *United States v. Lafone Eley,*
              20-cr-00078-AT-2 (*United States v. Spencer, et al.*)

Dear Judge Torres:

     I represent Defendant Lafone Eley in the above-captioned matter. Mr. Eley's current deadline to file any pre-trial motions in this matter is September 9, 2021. Mr. Eley is scheduled to appear before this Court for a change of plea hearing on October 20, 2021. However, given that he has not yet changed his plea, we respectfully ask the Court to adjourn Mr. Eley's pre-trial motions deadline for a period of 60 days. We have consulted with counsel for the Government who have consented to our request.

     We thank the Court for its consideration of our request.

        GRANTED. By **November 8, 2021**, Defendant shall submit any pretrial motions.

        SO ORDERED.

        Dated: September 8, 2021
             New York, New York

_____
ANALISA TORRES
United States District Judge