```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/1/2021___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LAFONE ELEY,

                    Defendant.

20 Cr. 78-2 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled in this matter for November 8, 2021, is ADJOURNED to to **November 15, 2021**, at **3:00 p.m.**

    SO ORDERED.

Dated: November 1, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge