USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/15/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LAFONE ELEY,

Defendant.

20 Cr. 78 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Defendant in the above captioned case has been sentenced to a term of imprisonment of time served.

SO ORDERED.

Dated: November 15, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge