UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

        -against-

NYSHIEM SPENCER et al.,

                        Defendants.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 12/14/2021_____ |

20 Cr. 78 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court previously adopted the Government's proposed groupings of defendants for trial, and scheduled a jury trial to begin for the first group of defendants on May 2, 2022.  ECF No. 188.  The Southern District of New York has adopted a centralized calendaring system for jury trials during the COVID-19 pandemic based on blackout dates provided by the parties—it is no longer possible for the Court to set a date certain for trial independently.  Accordingly, the Court shall request a jury trial for the remaining defendants in this matter in the second calendar quarter of 2022.

      By **January 14, 2022**, the parties shall confer, and submit a joint letter to the Court, proposing new groupings, each with no more than three defendants, based on the remaining defendants this matter, and providing blackout dates for each group for both the second and third quarters of 2022.  The parties shall, of course, retain the right to file motions for severance of trial pursuant to Rule 14 of the Federal Rules of Criminal Procedure.

      SO ORDERED.

Dated: December 14, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge