**GELBER + SANTILLO**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/4/2024__

March 1, 2024

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Lafone Eley,*
             20-cr-00078-AT-2 (*United States v. Spencer, et al.*)

Dear Judge Torres:

      I represent Lafone Eley in the above-captioned matter and write to respectfully ask the Court to grant Mr. Eley permission to visit his two young children who live in Kissimmee, Florida from approximately March 8, 2024 – March 24, 2024, so he can celebrate their birthdays with them.

      Mr. Eley's son is turning 11 years old on March 10, 2024 and his daughter is turning 5 years old on March 21, 2024. Mr. Eley is a devoted father to his children, he speaks to them daily, and he would love nothing more than to be with his children on their birthdays. Mr. Eley was previously granted permission by this Court to travel to Florida to visit his children in December for the holidays, and he travelled there and back without incident.

      On June 30, 2023, Mr. Eley filed a motion for early termination of supervised release, or in the alternative, the transfer of his supervision to the Middle District of Florida, to enable him to live closer to his two young children, both of whom live in Kissimmee, FL with their mother. *See* ECF 436. The Court granted Mr. Eley's alternative request to transfer his supervision to the Middle District of Florida on August 16, 2023. *See* ECF 446. Mr. Eley, however, did not move to Florida because of difficulties he had securing a place to live and coordinating the logistics of a move whilst under supervision here in New York. Mr. Eley has been on supervised release since June 23, 2022, which is scheduled to terminate on June 22, 2024.

      We have consulted with Probation, who opposes the request. The Government has indicated that they defer to Probation. We understand that Probation opposes the request because Mr. Eley did not inform his probation officer that his brother, Lequan Eley, moved into the home that Mr. Eley shares with their parents when his brother was released from prison. Because Lequan's SDNY probation officer was aware that the two brothers were living in the

The Honorable Analisa Torres
March 1, 2024                                                                                                              Page 2

family home, with their parents, Mr. Eley did not realize that he should have separately informed his probation officer of the change in their living situation. Probation is now fully aware of the situation and we understand that Mr. Eley is working with Probation to resolve it.

    Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Fern Mechlowitz

Fern Mechlowitz

DENIED.

SO ORDERED.

Dated: March 4, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge