```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/7/2024__
```

# GS GELBER + SANTILLO

March 6, 2024

**VIA ECF**

The Honorable Analisa Torres
United States District Judge
Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Lafone Eley,*
            20-cr-00078-AT-2 (*United States v. Spencer, et al.*)

Dear Judge Torres:

    I represent Lafone Eley in the above-captioned matter and write to respectfully ask the Court to reconsider its March 4, 2024 decision denying Mr. Eley permission to visit his two young children who live in Kissimmee, Florida from approximately March 8, 2024 – March 24, 2024 (ECF 490), in light of new information regarding ▮▮▮▮▮▮▮▮▮



▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Mr. Eley would like to renew his search for a place to live in Florida while he is there so that he can move there, given the Court's ruling granting him permission to transfer his supervision to the Middle District of Florida. *See* ECF 446. We understand that Probation wants Mr. Eley to move out of his current home, and this will enable him to find an alternative place to live.

    In light of these new facts regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ we ask the Court to reconsider its denial of Mr. Eley's request to travel to Kissimmee, Florida to visit his children.

The Honorable Analisa Torres Page 2
March 6, 2024

  Notably, Mr. Eley has been on supervised release since June 23, 2022, which is scheduled to terminate in just over three months, on June 22, 2024.  His conviction was for attempted bank fraud for unsuccessfully trying to gain a few hundred dollars by increasing the limit on a friend's bank account and attempting to overdraw it.  The offense was limited in duration and scope, lasting only a few days, it resulted in no actual loss, and was non-violent.  The Court sentenced Mr. Eley to time served and two years of supervised release.  Given the minor nature of Mr. Eley's offense and the fact that his term of supervised release is nearing its conclusion, we ask the Court to grant Mr. Eley permission to visit Florida ███ ███.

  Thank you for your consideration of this matter.

 Respectfully submitted,

 /s/ Fern Mechlowitz

 Fern Mechlowitz

GRANTED.

SO ORDERED.

Dated: March 7, 2024
 New York, new York

 _____
 ANALISA TORRES
 United States District Judge